**FILED**
MAY 04 2017
[signature] CLERK

CHRIS ZACHARIAS #35038
Name and Prisoner/Booking Number

SDSP
Place of Confinement

P.O. BOX 5911 / 1600 N. Drive
Mailing Address

Sioux falls, SD 57117
City, State, Zip Code

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## ~~central~~ Southern DIVISION

CHRIS ZACHARIAS
(Full Name of Plaintiff)

Case No. 17-cv-4065
(To be supplied by the Clerk)

Plaintiff,

vs.

South Dakota State Prison (SDSP)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

(Full Name of Each Defendant)

Defendants.

South Dakota State Prison (SDSP)

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   c. ☐ Other: (Please specify.) _____

2. Name of Plaintiff: CHRIS ZACHARIAS
   Present mailing address: PO BOX 5911 / 1600 N. Drive Sioux falls, SD 57117
   (Failure to notify the Court of any change of address may result in dismissal of this action.)

   Institution/city where violation occurred: Sioux falls, SD 57117

3. Name of first Defendant: ~~BOB DOOLEY~~ [scribbled out] (SDSP). The first Defendant is employed as: Warden at SDSP.
   (Position and Title)   (Institution)
   This Defendant is sued in his/her: ☒ individual capacity  ☐ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: He was Being unfair to me And he was Be Disrespectful to me.

4. Name of second Defendant: Robert ~~Voiseth~~ JR. The second Defendant is employed as: INMATE at (SDSP).
   (Position and Title)   (Institution)
   This Defendant is sued in his/her: ☒ individual capacity  ☐ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: He ITh righting me.

5. Name of third Defendant: stephanie Hamilton. The third Defendant is employed as: NURSE at (MDSP) Mike Durfee State Prison.
   (Position and Title)   (Institution)
   This Defendant is sued in his/her: ☒ individual capacity  ☐ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: she would not give me medacl treatment and she said I was Fakeing my Illness but I was not fakeing my Illness.

6. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)   (Institution)
   This Defendant is sued in his/her: ☐ individual capacity  ☐ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: _____

(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)

## B. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes  ☐ No

2. If your answer is "yes," how many lawsuits have you filed? **1**. Describe the previous lawsuits in the spaces provided below.

3. First prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: CHRIS ZACHARIAS

---

   Defendants: South Dakota State Prison (SDSP)

   b. Court: (If federal court, identify the district; if state court, identify the county.) Southern DIVISION
   c. Case or docket number: _____
   d. Claims raised: 10.5 millions for wrongful being ~~[scribbled out]~~
   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) N/A
   f. Approximate date lawsuit was filed: 3-21-2017
   g. Approximate date of disposition: 3-21-2017

4. Second prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _____
      Defendants: _____
   b. Court: (If federal court, identify the district; if state court, identify the county.) _____
   c. Case or docket number: _____
   d. Claims raised: _____
   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   f. Approximate date lawsuit was filed: _____
   g. Approximate date of disposition: _____

5. Third prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _____
      Defendants: _____
   b. Court: (If federal court, identify the district; if state court, identify the county.) _____
   c. Case or docket number: _____
   d. Claims raised: _____
   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   f. Approximate date lawsuit was filed: _____
   g. Approximate date of disposition: _____

(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   BOB DOOLEY (warden) of (SDSP)

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   ☒ Medical care    ☐ Access to the court    ☐ Mail
   ☒ Disciplinary proceedings    ☐ Retaliation    ☒ Exercise of religion    ☒ Property
   ☒ Excessive force by an officer    ☒ Threat to safety    ☒ Other: _Herassment_

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   They Are not Leting me talk to A white Shirt when I ask them Nicely to call one And they said they Didn't Have to.
   [scribbled/illegible line]

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   mentel Reasons.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I?    ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?    ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _I Did In Springfield (MDSP)_

## COUNT II

1. The following constitutional or other federal right has been violated by the Defendant(s): Robert Voldseth JR (Inmate @ AT (⊕ DSP)

2. Count II involves: (Check **only one**, if your claim involves more than one issue, each issued should be stated in a different count)
   - ☐ Medical care  ☐ Access to the court  ☐ Mail
   - ☐ Disciplinary proceedings  ☐ Retaliation  ☐ Exercise of religion  ☐ Property
   - ☐ Excessive force by an officer  ☒ Threat to safety  ☒ Other: Herassment

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments)
   He is saying I am the reason that he came to prison.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   Herassment.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. B∕c they didn't do anything

## COUNT III

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   Stephanie Hamilton A Nurse At the Mike Duffee State Prison

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   ☒ Medical care   ☐ Access to the court   ☐ Mail
   ☐ Disciplinary proceedings   ☐ Retaliation   ☐ Exercise of religion   ☐ Property
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   Stephanie Hamilton A Nurse At (MDSP) She would Not Give me Medacal treatment She said I was fakeing my Illness But I was not.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   She Said I was Makeing my Illness up But I was Not. I want Her Job Taken Away From Her so she can't work As A Nurse Again!

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. I ask for one But they would not Give me one when I ask for one!

(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)

## D. REQUEST FOR RELIEF

State briefly what you want the Court to do for you. *Mental Reasions And for wrongful Doing.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-21-2017    *Chris Zachariae*
DATE                      SIGNATURE OF PLAINTIFF

ADAM ALTMAN
(Name and title or paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)
404 S. LINCOLN ST, E2
Aberdeen, SD 57401
(605) 725-4475
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach additional pages. The form, however, must be completely filled in to the extent applicable.